IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 NOV -5 AM 10: 17
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
TRISHA LYNN ENDICOTT )
)
      Debtor ) CH 13 Case No. 09-43758
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        TRISHA LYNN ENDICOTT
        11999 STEUBENVILLE-PIKE ROAD
        LISBON, OH 44432

                              $5.01

        **TOTAL:**        **$5.01**

2. A check in the amount of $31.88, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this ____4th____ day of November, 2010.

                              MICHAEL A. GALLO, TRUSTEE
                              20 Federal Plaza West
                              Suite #602
                              Youngstown, OH 44503
                              (330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| TRISHA LYNN ENDICOTT | ) | |
| | ) | |
| Debtor | ) | CH 13 Case No. 09-43758 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 4th day of November, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: Jennifer Buchmann
Jennifer Buchmann - Assistant

Trustee:67    TR-009A

```
CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503
```

CREDITOR:523237
VOUCHER FOR CHECK: 830795
DATED: 2010/10/22

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLMS | CREF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE INTEREST | PRINC + INT | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0446280 | 926 | 6 | 51 | DAMPIER, JAMES ARTHUR | UNCLAIMED FUNDS | 16.75 | 0.00 | 16.75 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0542256 | 926 | 6 | 12 | LINKOUS, STACY L | UNCLAIMED FUNDS | 5.12 | 0.00 | 5.12 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0840718 | 926 | 6 | 30 | UGARTE, ROGER A. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0943758 | 926 | 6 | 13 | ENDICOTT, TRISHA LYNN | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 | 0.00 |

#ITEMS 4    PRINCIPAL 31.88    INTEREST 0.00    PRINC + INT 31.88

CURRENT CHECK